DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Fax: (702) 388-6418

2013 JAN -2 P 3: 52

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-cr-00466-MMD-CWH |
| PLAINTIFF, | EX PARTE MOTION TO UNSEAL |
| VS. | |
| TERRY WILLIAMS, | |
| DEFENDANT. | |

### EX PARTE MOTION TO UNSEAL

The United States of America, through counsel undersigned, hereby requests an order from the Court unsealing criminal case number 2:12-cr-00466-MMD-CWH. The defendant made his initial appearance and entered a plea of not guilty to the indictment before Magistrate Judge Peggy L. Leen on Friday, December 21, 2012. As a result, there is no further investigative necessity that this case remain under seal.

DATED: 2nd day of January, 2013.

CRISTINA D. SILVA
Assistant United States Attorney

SO ORDERED

UNITED STATES MAGISTRATE JUDGE

January 24, 2013
Date